

DAVIDSON
TROILO
REAM &
GARZA PC
ATTORNEYS AT LAW

KEITH A. KENDALL
kkendall@dtrglaw.com

ACCEPTED
04-15-00571-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/26/2015 12:22:37 PM
KEITH HOTTLE
CLERK

October 26, 2015

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

10/26/2015 12:22:37 PM

KEITH E. HOTTLE
Clerk

**VIA E-FILE**
Ms. Donna Kay McKinney
Bexar County District Clerk
Paul Elizondo Tower
101 W. Nueva, Suite 217
San Antonio, Texas 78205-3411

> Re:   *Cause No. 2013-CI-18405; Continental Homes of Texas, L.P. v. The City of Helotes, Tom Schoolcraft, Rick Schroder and Ernest Cruz, in the 131st Judicial District Court, Bexar County, Texas.*

Dear Ms. McKinney:

Pursuant to TEX. R. APP. P. 34.5(c), Defendants request that you prepare, certify and file in the papers of this Court under Appeal No. 04-15-00571-CV, the following inadvertently omitted documents from the original request for the preparation of the Court's record:

1.   Defendants' Motion for New Trial filed on July 14, 2015.

With every cordial best wish, I remain,

Very truly yours,

DAVIDSON TROILO REAM & GARZA, P.C.

Keith A. Kendall

KAK/tgc: LTR TO CLERK (KAK) 15-1026

cc:   **VIA E-FILE**
Court of Appeals
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

MAINTAINING A TRADITION OF TEXAS VALUES SINCE 1962

601 NW LOOP 410, SUITE 100   SAN ANTONIO, TX 78216-5511   T 210.349.6484   F 210.349.0041   DTRGLAW.COM

cc: ***<u>VIA FACSIMILE – (512) 474-9894</u>***
Mr. John McClish
Ms. Sue Wall
**WOMACK McCLISH WALL
FOSTER BROOKS, P.C.**
1801 Lavaca, Suite 120
Austin, Texas  78701-1398